BEVERLY BOGERT and Others, Copartners Doing Business under the Name of BEVERLY BOGERT & Co., Appellants, *v.* SELMA HERZOG, Respondent.

McAVOY, J. Both the contract sued on the first cause of action and the account stated which founds the second cause are enforcible agreements notwithstanding the prohibition of the Statute of Frauds. The problem of the availability as a defense of that statute discussed in the briefs is, therefore, not raised on these pleadings and the motion made thereon to strike out such defense. The statute raises no bar here and the motion should have been granted to remove it from the plea. The determination of the Appellate Term and the order of the City Court should be reversed, with ten dollars costs and disbursements in this court and in the Appellate Term, and the motion to strike out the affirmative defense of the Statute of Frauds granted, with ten dollars costs. Finch, P. J., Merrell, Martin and Sherman, JJ., concur. Determination appealed from and order of the City Court reversed, with ten dollars costs and disbursements to the appellants in this court and in the Appellate Term, and the motion to strike out the affirmative defense of the Statute of Frauds granted, with ten dollars costs.

N. A. N. A., INC., Appellant, *v.* LAKE & DANENHOWER, INC., Respondent.

PER CURIAM. We are of opinion that the writing designated Exhibit A and made part of the defense sought to be stricken out for insufficiency when considered as a whole, clearly expresses a binding contract between the parties within the purview of *Sanders* v. *P. B. F. Co.* (144 N. Y. 209). We are here concerned with a matter of pleading only. Whether evidence adduced at the trial concerning the surrounding facts and circumstances which led to the signing of this agreement may lead to any different conclusion is a question we may not now decide. The order should be affirmed, with ten dollars costs and disbursements. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ. Order affirmed, with ten dollars costs and disbursements.